STATE OF NEW JERSEY v. EARTHA PUGH.

January 18, 1972. Petition for certification denied. (See 117 *N. J. Super.* 26)

IN RE: EDWARD APPLEGATE.

January 18, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. HENRY MADEWELL.

January 18, 1972. Petition for certification granted.

CITY OF TRENTON, *ETC.* v. ALFRED J. BERNSTEIN.

January 18, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. ULIOUS LEE GREEN, *ET AL*

January 18, 1972. Petition for certification granted. (See 116 *N. J. Super.* 515)